

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

Case:2:21-cr-20045
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 01-27-2021 At 04:50 PM
INDI USA V PRESTON PIERCE (LG)

D-1 PRESTON PIERCE,

        Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(21 U.S.C. § 841(a)(1) – *Possession With the Intent to Distribute a Controlled Substance (Methamphetamine)*)

On or about August 14, 2020, in the Eastern District of Michigan and elsewhere, defendant PRESTON PIERCE, did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, §841(b)(1)(B)(viii), it is further alleged that this violation involved a mixture or substance containing 50 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT TWO

(21 U.S.C. § 841(a)(1) – *Possession With the Intent to Distribute a Controlled Substance (Fentanyl)*)

On or about August 14, 2020, in the Eastern District of Michigan, the defendant, PRESTON PIERCE, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimede, commonly known as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT THREE

(21 U.S.C. § 841(a)(1) – *Possession With the Intent to Distribute a Controlled Substance (Heroin)*)

On or about August 14, 2020, in the Eastern District of Michigan, the defendant, PRESTON PIERCE, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(C).

## FORFEITURE ALLEGATIONS

*(21 U.S.C. § 853, and 28 U.S.C. § 2461)*

The allegations contained in this Indictment are incorporated by reference herein to allege forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**Title 21 Offense.** Upon conviction of a Title 21 Offense charged in this Indictment, the Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds which the Defendant obtained, directly or indirectly, as the result of such violation, and (b) any property which the Defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), Defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the

exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit

*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9597
Jeanine.Brunson@usdoj.gov

Dated: January 27, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case C( | Case: 2:21-cr-20045<br>Judge: Berg, Terrence G.<br>MJ: Altman, Kimberly G.<br>Filed: 01-27-2021 At 04:50 PM<br>INDI USA V PRESTON PIERCE (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c(

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _____ |

**Case Title:** USA v. PRESTON PIERCE

**County where offense occurred:** Jackson

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30045    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 27, 2021
Date

Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.