2

(21-20045)

To whom this may concearn, my name is Preston D. Pierce I'm currently in Howell MI 48843 150 N. Highlander Way Livingston County In Federal custody. I have a warrant out of Jackson MI 12th district case 2003198FY 312 S. Jackson 49201 I need to go on a writ to resolve this matter I was told you have to get permission through Federal custody in order to do so. From Sgt. Hatfield can u please let me resolve my situation so that it doesn't stop me from getting the drug program. R.D.A.P. Thank you for your concearn,

Preston Pierce



Preston Pierce
150 N. Highlander Way
Howell, MI 48843

RECEIVED
JUN 10 2021
CLERKS OFFICE
DETROIT

GRAND RAPIDS MI 493
2 JUN 2021 PM 3 L

6/2/21

Clerks Office
231 W. Lafayette Blvd Room 599
Detroit MI 48226

48226-270099

Legal Mail